No. 16,390.

FLADER *v*. CAMPBELL ET AL.

(220 P. [2d] 725)

Decided June 26, 1950.

PER CURIAM.

Judgment affirmed en banc without written opinion.

Mr. CHAS. E. FRIEND, for plaintiff in error.

Mr. LENNART T. ERICKSON, for defendants in error.